THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

WILLIAM N. BERNARD and THE WILLAM N.                    No. 16-CV-863 (RMB) (BCM)
BERNARD AND CATHERINE H. BERNARD
REVOCABLE LIVING TRUST,

      Plaintiffs,

  - against -                                  STIPULATION AND ORDER
               OF FINAL JUDGMENT
LEONARD VINCENT LOMBARDO;                                AS TO PLAINTIFFS'
THE LVG HOLDING COMPANY D&L #1200 LLC;                   THIRD CLAIM FOR RELIEF
THE LEONARDVINCENT GROUP, INC.;
BRIAN A. HUDLIN; DANIEL GAMBINO
and LOUIS M. LOMBARDI,

      Defendants.
-------------------------------------------------------

    Whereas, the Complaint's Third Claim for Relief alleges a claim for breach of contract arising out of an agreement signed by defendant Brian A. Hudlin on behalf of defendant The LeonardVincent Group, Inc., dated October 30, 2014 (the "Payment Agreement"); and

    Whereas, in the Payment Agreement, The LeonardVincent Group, Inc. acknowledged a debt to plaintiff William N. Bernard in the amount of $1,594,500.00 as of that date; and

    Whereas, The LeonardVincent Group, Inc. has no defense to liability on that debt; and

    Whereas, The LeonardVincent Group, Inc. or its affiliates made payments to plaintiff in the total amount of $166,720.00 between October 31, 2014 and the date of this stipulation, reducing the debt due to plaintiff under the Payment Agreement by that amount;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, and so ordered by the Court pursuant to Rule 54 of the Rules of Civil Procedure, as follows:

    1.  Judgment may be had against defendant The LeonardVincent Group, Inc., on the Third Claim for Relief in the Complaint, in the amount of $1,427,780.00, plus prejudgment interest on that sum, at a rate to be agreed-upon by the parties or determined by the Court, from

October 30, 2014 through and including the date when final judgment is entered on this Claim pursuant to Paragraph 2 below.

2. Upon determination of the prejudgment interest amount pursuant to Paragraph 1, plaintiff may submit a proposed final judgment on the Third Claim for Relief for entry pursuant to Rule 54(b), there being no just reason for delay.

3. Nothing herein prevents plaintiffs from pursuing their First, Second, Fourth, and Fifth Claims for Relief in this action against all defendants; pursuing other remedies sought in the Complaint (including prejudgment interest, post-judgment interest, costs, and attorney's fees) against all defendants; pursuing alter ego claims and/or fraudulent conveyance claims against all defendants based on any claim in the Complaint; and enforcing any judgment.

4. Nothing herein prevents defendants from defending against the First, Second, Fourth, and Fifth Claims for Relief, including pursuing their affirmative defense that the Payment Agreement forecloses these other Claims.

5. There are no other promises, agreements or understandings between the parties to this Stipulation and Order other than what is stated herein.

Dated: New York, New York
       April 15, 2016

WILLENS & SCARVALONE LLP                       STEVEN G. LEGUM, ESQ.

By: _____                  By: _____
    Jonathan A. Willens, Esq.                      Steven G. Legum, Esq.
40 Wall Street, Suite 4100                     170 Old Country Road
New York, New York 10005                       Mineola, New York 11501
Tel: (646) 200-6334                            Tel.: (516) 873-9300
Fax: (800) 879-7938                            Fax: (516) 742-0571
escarvalone@willensscarvalone.com              sgl@legum.biz
*Attorneys for Plaintiffs*                     *Attorney for Defendants Leonard Vincent*
                                               *Lombardo; The LVG Holding Company D&L*
                                               *#1200 LLC; The LeonardVincent Group, Inc.;*
                                               *Brian A. Hudlin*



SO ORDERED:
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     2
RICHARD M. BERMAN U.S.D.J.
5/3/16